# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROLTA INDIA LIMITED | ) | Case No. 21-cv-01340 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| C.R. HOWDYSHELL, KURT SCHNIEDERS, | ) | **NOTICE OF VOLUNTARY** |
| and MATT GARITO | ) | **DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| Defendants. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rolta India Limited hereby dismisses this action, without prejudice.

Dated:  August 25, 2021           Respectfully submitted,

*/s/ John C. Allerding*
John C. Allerding (Ohio Bar No. 0087025)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
John.Allerding@ThompsonHine.com

*Counsel for Rolta India Limited*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                            */s/ John C. Allerding*
                                            John C. Allerding