# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

> Granted.
> It is SO ORDERED.
> s/*Dan Aaron Polster*
> United States District Judge
> Aug. 25, 2021

| | |
|---|---|
| ROLTA INDIA LIMITED | Case No. 21-cv-01340 |
| Plaintiff, | |
| v. | |
| C.R. HOWDYSHELL, KURT SCHNIEDERS, and MATT GARITO | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rolta India Limited hereby dismisses this action, without prejudice.

Dated: August 25, 2021

Respectfully submitted,

*/s/ John C. Allerding*
John C. Allerding (Ohio Bar No. 0087025)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
John.Allerding@ThompsonHine.com

*Counsel for Rolta India Limited*